UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
TRUSTEES OF THE 1199SEIU HOME CARE :
EMPLOYEES PENSION FUND, :
:
                Plaintiff, :     20-CV-8054 (JMF)
:
     -v- :     ORDER
:
SOCIAL CONCERN COMMUNITY DEVELOPMENT :
CORP., :
:
                Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The show cause hearing scheduled for **January 6, 2021** at **3:30 p.m.** will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the hearing by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the hearing.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send an email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Plaintiff is ORDERED to serve Defendant via overnight courier with a copy of this Order and file proof of such service on the docket on or before **December 31, 2020.**

      SO ORDERED.

Dated: December 28, 2020
       New York, New York

                                          _____
                                              JESSE M. FURMAN
                                            United States District Judge