UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE 1199SEIU HOME CARE
EMPLOYEES PENSION FUND,

                                            Plaintiff,

            -against-                                        **DEFAULT JUDGMENT**

SOCIAL CONCERN COMMUNITY DEVELOPMENT
CORP.,                                                     Civ. Action No. 20-cv-08054
                                     Defendant.                (JMF)
------------------------------------------------------------------X

This action having been commenced on September 29, 2020 by the filing of a Complaint and issuance of Summons, and the Defendant Social Concern Community Development Corp., having waived personal service of the Summons and Complaint, and the Defendant having not appeared, answered or made any motion with respect to the Complaint, and the time for answering the Complaint or so moving having expired, and the default of Defendant having been duly noted and entered by the Clerk of Court on December 21, 2020;

NOW, upon the motion of Levy Ratner, P.C., attorneys for the Plaintiff, and upon the proceedings herein, it is hereby:

ORDERED and ADJUDGED that a Default Judgment be entered against Defendant Social Concern Community Development Corp. on all counts in the Complaint; and it is

FURTHER ORDERED and ADJUDGED that the Defendant Social Concern Community Development Corp. shall pay to the 1199SEIU Health Care Employees Pension Fund:

    1) $31,555.00 in Withdrawal Liability;

    2) $1,874.06 in interest calculated through December 23, 2020;

3) $70.24 in interest that accrued between December 23, 2020 and the date that Judgment is entered, January 6, 2021;

4) $6,311.00 in liquidated damages;

5) $7,810.80 in attorney's fees;

6) $400.00 in filing fees;

7) and post-judgment interest accruing until the date the Withdrawal Liability is paid.

Dated: January 6, 2021
New York, New York

_____
JESSE M. FURMAN, U.S.D.J.

The Clerk of Court is directed to close this case.